# United States Court of Appeals
## For The Eighth Circuit

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

January 03, 2024

Heather Quick
FEDERAL PUBLIC DEFENDER'S OFFICE
Northern District of Iowa
Suite 290
222 Third Avenue, S.E.
Cedar Rapids, IA  52401-1542

RE:  23-1780  United States v. Marlin Thomas

Dear Counsel:

Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, **no grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

Michael E. Gans
Clerk of Court

DNS

Enclosure(s)

cc: Clerk, U.S. District Court, Southern Iowa
    Kyle J. Essley
    Andrew James Graeve
    Amy L Jennings
    Marlin Santana Thomas

District Court/Agency Case Number(s):   4:18-cr-00051-SMR-1