# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 23-1780
_____

United States of America

Plaintiff - Appellee

v.

Marlin Santana Thomas

Defendant - Appellant

_____

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:18-cr-00051-SMR-1)

_____

## JUDGMENT

Before LOKEN, KELLY, and STRAS, Circuit Judges.


The unopposed motion of appellee for dismissal of this appeal is granted. The appeal is

hereby dismissed. See Eighth Circuit Rule 47A(b).

This case set for oral argument on January 12, 2024, has been removed from the calendar.

January 03, 2024


Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans